# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LANCE MCCULLOUGH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-2512 |
| | § | |
| AARON'S, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The defendant's motion for summary judgment, Docket Entry No. 17, is granted. In accordance with this court's Memorandum and Opinion of today's date, this action is dismissed with prejudice. Each party is to bear their own costs.

This is a final judgment.

SIGNED on June 20, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge